ADIRONDACK GROUP LLC
100 COLONIAL WAY
WEST CHESTER PA  19382

Y426-694P
ORG1:1 WEST CHEST
ORG2:300 MANUFACT
EE ID: 560           DD

*Payrolls by Paychex, Inc.*

CRAIG TIMMONS
73 NORWOOD LANE
DOWNINGTOWN PA  19335

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Craig Timmons | | |
| 73 Norwood Lane | | |
| Downingtown, PA  19335 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 560 | | |
| Clock ID: 560 | | |
| Home Department: 300 MANUFACTURING PAYROLL / 1 WEST CHESTER, PA | | |
| Pay Period: 11/24/19 to 12/07/19 | | |
| Check Date: 12/12/19    Check #: 12358 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1286.26 |
| Chkg 3574 | 941.36 | 6211.51 |
| **NET PAY** | **941.36** | **7497.77** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 58.25 | 17.0000 | 990.25 | 587.50 | 9987.50 |
| Overtime Earnings | | | | 5.25 | 133.88 |
| Holiday | 16.00 | 17.0000 | 272.00 | 16.00 | 272.00 |
| Total Hours | 74.25 | | | 608.75 | |
| Gross Earnings | | | 1262.25 | | 10393.38 |
| Total Hrs Worked | 58.25 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 73.13 | 639.26 |
| Medicare | | 17.10 | 149.50 |
| Fed Income Tax | S 1 | 97.16 | 882.23 |
| PA Income Tax | | 36.21 | 316.53 |
| PA Unemploy | | 0.76 | 6.24 |
| PA LPOCC-Che L | | 2.00 | 16.00 |
| PA POCOP-Che I | | 11.80 | 103.12 |
| **TOTAL** | | **238.16** | **2112.88** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Employee Loan | | 700.00 |
| MED125 | 82.73 | 82.73 |
| **TOTAL** | **82.73** | **782.73** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 941.36 | 7497.77 |

*Payrolls by Paychex, Inc.*

0940 Y426-694P  ADIRONDACK GROUP LLC • 100 Colonial Way • West Chester PA  19382 • (610) 431-4343