## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig E. Timmons<br>      Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>      Movant<br>  vs.<br><br>Craig E. Timmons<br>      Debtor(s)<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br>NO. 20-10661 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **May 13, 2020, docket number 17**.

              Respectfully submitted,

            By: **/s/ Rebecca A. Solarz, Esquire**
              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              215-627-1322
              Attorney for Movant/Applicant

June 24, 2020