# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10661-MDC

CRAIG E TIMMONS

73 NORWOOD HOUSE ROAD

DOWNINGTOWN, PA 19335-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CRAIG E TIMMONS

73 NORWOOD HOUSE ROAD

DOWNINGTOWN, PA 19335-

Counsel for debtor(s), by electronic notice only.

ROBERT J LOHR, II
1246 WEST CHESTER PK
SUITE 312
WEST CHESTER, PA 19382

Date: 10/7/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee