**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In Re: | **CRAIG E. TIMMONS** | : | **CHAPTER 13** | |
| | | : | | |
| | **Debtor** | : | **BANKRUPTCY NO.:** | **20-10661** |

**NOTICE OF APPLICATION FOR COMPENSATION**

1. Lohr & Associates, Ltd., counsel for the Debtor in the above-captioned matter, has filed an Application for Compensation with the United States Bankruptcy Court seeking approval of counsel fees in the amount of $1,500.00 for services rendered on behalf of the Debtor in this matter.

2. The aforesaid Application for Compensation along with supporting documentation is on file with the Clerk of the United States Bankruptcy Court located at 900 Market Street, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

3. Any answer, objection or responsive pleading with respect to the aforesaid Application must be filed with the Bankruptcy Court and served upon counsel for the Debtor within twenty (20) days of this Notice.

4. In the absence of any answers, objections or responsive pleadings, counsel for the Debtor will certify that the aforesaid Application is unopposed and that an order may be signed granting the requested relief.

**\*\*\*\* SIGNATURE PAGE FOLLOWS \*\*\*\***

                                                          Respectfully submitted,

                                                          Lohr & Associates, Ltd.

Dated: February 9, 2021                By:      /s/ Robert J. Lohr II
                                                                 1246 West Chester Pike
                                                                 Suite 312
                                                                 West Chester, PA 19382
                                                                 (610) 701-0222 - telephone
                                                                 (610) 431-2792 - facsimile
                                                                 bob@lohrandassociates.com - e-mail