*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Craig E Timmons
    Debtor(s)                 Case No: 20−10661−mdc
                                        Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled time only\*

Motion to Sell Filed by Craig E Timmons Represented by ROBERT J. LOHR II

    on: 10/28/21

    at: 01:00 PM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/15/21

Timothy B. McGrath
Clerk of Court

51 − 48
Form 167