**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In Re:** | **CRAIG E. TIMMONS** | : | **CHAPTER 13** |
| | | : | |
| | **Debtor** | : | |
| | | : | **BANKRUPTCY NO. 20-10661-mdc** |
| | | : | |

AND NOW, this  3rd  day of _____November_____, upon consideration of the Debtor's Notice of Dismissal of Chapter 13 Bankruptcy Case Pursuant to 11 U.S.C. § 1307(b), the above-captioned chapter 13 bankruptcy case is dismissed without prejudice.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge