United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10661-mdc

Craig E Timmons     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Nov 03, 2021     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig E Timmons, 73 Norwood House Road, Downingtown, PA 19335-2363 |
| cr | + | Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, 1451 Thomas Langston Road, Winterville, NC 28590-8872 |
| 14487735 | + | Fulton Bank, N.A., formerly known as Fulton Bank, One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 14526249 | + | Fulton Bank, NA, formerly known s Fulton Bank, c/o John M. Quain, Jr, Esq., 213 Market St., 12th floor, Harrisburg, PA 17101-2141 |
| 14463082 | + | Fulton Bank, NA, c/o Joseph P. Schalk, 213 Market St., 12th Fl., Harrisburg, PA 17101-2141 |
| 14461382 | + | Joseph P. Schalk, Esquire, Barley Snyder, 213 Market Street, 12th Floor, Harrisburg, PA 17101-2141 |
| 14461384 | + | LVNV Funding, LLC, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14481401 | + | MIDFIRST BANK, C/O Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14492047 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14461386 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2021 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2021 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2021 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14461375 | | Email/Text: bankruptcy@bbandt.com | Nov 03 2021 23:39:00 | BB&T, P.O. Box 580340, Charlotte, NC 28258-0340 |
| 14461376 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2021 23:39:00 | BB&T Recovery, Attn: Bankruptcy, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14470487 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2021 23:39:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14461377 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14461378 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 03 2021 23:39:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14461379 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2021 23:51:14 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14461380 | | Email/Text: bankruptcy@fult.com | Nov 03 2021 23:39:00 | Fulton Bank, Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 14461381 | + | Email/Text: paparalegals@pandf.us | Nov 03 2021 23:39:00 | Gregg L. Morris, Esquire, Patenaude & Felix, A.P.C., 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |

Case 20-10661-mdc    Doc 56    Filed 11/05/21    Entered 11/06/21 00:31:01    Desc Imaged
                       Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14476759 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:14 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14487323 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14492034 | + | Email/Text: Documentfiling@lciinc.com | Nov 03 2021 23:39:00 | Lending Club Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 14461383 | + | Email/Text: Documentfiling@lciinc.com | Nov 03 2021 23:39:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 14493011 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 03 2021 23:51:18 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14461385 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Nov 03 2021 23:51:13 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14488418 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2021 23:51:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14461374 | | 20-10661 |
| cr | *+ | Fulton Bank, N.A., formerly known as Fulton Bank, One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN MICHAEL QUAIN, Jr. | on behalf of Creditor Fulton Bank N.A., formerly known as Fulton Bank jquain@barley.com, sromig@barley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| ROBERT J. LOHR, II | on behalf of Debtor Craig E Timmons bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 28

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    CRAIG E. TIMMONS    :    CHAPTER 13
                             :
        **Debtor**            :
                             :    BANKRUPTCY NO.  20-10661-mdc
                             :

AND NOW, this  3rd  day of _____November_____, upon consideration of the Debtor's Notice of Dismissal of Chapter 13 Bankruptcy Case Pursuant to 11 U.S.C. § 1307(b), the above-captioned chapter 13 bankruptcy case is dismissed without prejudice.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge